

**EXHIBIT C - PAGE 1**



EXHIBIT C - PAGE 2



**EXHIBIT C - PAGE 3**



EXHIBIT C - PAGE 4





